IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WONDIYRAD KABEDE,                    No. C-09-0323 TEH (PR)

       Plaintiff,

  v.

PELICAN BAY STATE PRISON,             ORDER OF DISMISSAL

       Defendant.
_____/

     Plaintiff is a California prisoner proceeding pro se who is incarcerated at Pelican Bay State Prison.

     On January 26, 2009 this court received a letter from Plaintiff regarding case C-07-3656 TEH (PR), a pending civil rights action under 42 U.S.C. § 1983 claiming a violation of Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. The letter was inadvertently filed as a new action and assigned case number C-09-0323 TEH (PR).

//
//
//

1 | The clerk is directed to close case C-09-0323 TEH (PR) and
2 | to file a copy of the letter in Plaintiff's pending matter, C-07-
3 | 3656 TEH (PR).

IT IS SO ORDERED.

DATED  02/26/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Kabede-09-0323-dismissal.wpd

2